LAW OFFICES OF
# ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

July 6, 2009

Magistrate Judge Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102-3483

Re:   Board of Trustees of the Automotive Industries, et al.
      vs. Cal Interiors, Inc., et al.
      United States District Court, Action No. C 09 0049 EMC

Dear Judge Chen,

Confirming my telephone conversations with opposing counsel and with your clerk Betty Lee, the parties are requesting, and you intend to grant, a continuance of the Case Management Conference from Wednesday, July 8, 2009 to August 19, 2009 at 1:30 p.m. so that we may conclude a settlement in this case. The lawsuit will be dismissed when the settlement is complete.

Thank you for your consideration in this matter.

Yours very truly,

Michael J. Carroll
MJC/se

cc:   John Gigounas (fax)
      415-296-7894

IT IS SO ORDERED that the case management conference is reset from 7/8/09 to 8/19/09 at 1:30 p.m. A Joint CMC order shall be filed by 8/12/09.

_____
Edward M. Chen
U.S. Magistrate Judge