1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

   BOARD OF TRUSTEES OF THE AUTOMOTIVE )   NO. C 09 0049 EMC
12 INDUSTRIES, et al.,                  )
                                        )
13                  Plaintiffs,         )
                                        )
14      vs.                             )   STIPULATION FOR
                                        )   DISMISSAL; ORDER
15 CAL INTERIORS, INC., a California    )
   corporation                          )
16                                      )
                                        )
17                  Defendants.         )
                                        )
18

19       It is hereby stipulated between the parties that the above

20 entitled action be dismissed with prejudice.

21 Dated: August 25, 2009        ERSKINE & TULLEY

22
                                 By:/s/Michael J. Carroll
23                                  Michael J. Carroll
                                    Attorneys for Plaintiffs
24

25 Dated: August 25, 2009        LAW OFFICES OF JOHN GIGOUNAS

26
                                 By:/s/John Gigounas
27                                  John Gigounas
                                    Attorney for Defendants
28

                       STIPULATION FOR DISMISSAL; ORDER
                                       1

1
<u>O R D E R</u>

2
  It is so ordered.

3
Dated: August 26, 2009

4
             Honorable Judge Edward M. Chen

*IT IS SO ORDERED* — Judge Edward M. Chen (signed)

<u>STIPULATION FOR DISMISSAL; ORDER</u>
2